United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10540-jkf
Sharon R Baird                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Mar 09, 2017
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db             +Sharon R Baird,    1600 Church Road #A105,    Wyncote, PA 19095-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
          HAL A. BARROW    on behalf of    1600 Church Road Condominium Association kelly@barrowlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, not in its
           individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
           bkgroup@kmllawgroup.com
          PETER FRANCIS BLUST    on behalf of Debtor Sharon R Baird peterfblust@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                       TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Sharon R. Baird, | ) | Case No: 17-10540 |
| | ) | |
| Debtor | ) | Chapter 13 |

## ORDER APPROVING ADDITIONAL 10 DAY EXTENSION TO FILE
## CHAPTER 13 DOCUMENTS

**IT IS HEREBY ORDERED** that Debtor is granted an additional 10 day extension of time to file Chapter 13 Plan, and all related Forms, Schedules and documents, all of same being therefore now due to be filed over the Internet on or before March 18, 2017.

BY THE COURT

**Date: March 9, 2017**

Date: _____

_____
United States Bankruptcy Judge