UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Sharon R. Baird,           )           Case No: 17-10540
                                   )
         Debtor                    )           Chapter 13


ATTORNEY DISCLOSURE STATEMENT


**COMES NOW** Attorney Peter Blust and respectfully represents to this Honorable Court the following:

that pursuant to Federal Rule of Bankruptcy Procedure 2016(b) undersigned attorney has not shared, has made no agreement to share, and intends not to share compensation with any person, individual or entity relating to the above captioned matter.

Debtor's counsel, undersigned attorney Peter Blust, hereby states and affirms no part of $1440 fee intended to be remitted to counsel, over monthly payments made in within matter, will be shared by counsel with any other attorney, entity or individual.


Respectfully submitted:


s/ Peter Blust_____    3-16-2017
Signature of Attorney         Date