IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

In re:                                      :
                                            :
Sharon R. Baird                             :          Chapter 13
                    Debtor                  :
                                            :          No. 17-10540-jkf
                                            :
1600 Church Road Condominium                :
Association                                 :
                    Movant                  :
                                            :
        v.                                  :
                                            :
Sharon R. Baird                             :
                    Respondent              :
                                            :

## MOVANT 1600 CHURCH ROAD CONDOMINIUM ASSOCIATION MOTION FOR RELIEF FROM AUTOMATIC STAY

Movant, 1600 Church Road Condominium Association by its attorney, Hal A. Barrow,

Esquire, hereby moves this Honorable Court for relief from the automatic stay, and in support

thereof asserts the following:

1.      The Debtor owns the property at 1600 Church Road, Unit A-105, Wyncote,

Pennsylvania. The property is a Unit in 1600 Church Road Condominium Association. The

Debtor also occupies the Unit.

2.      At the time of the filing of this proceeding, debtor, Sharon R. Baird was indebted to

the Association for assessments and related charges, all of which were and are due under the

Association's Declaration of Condominium, its Bylaws, and the Pennsylvania Uniform

Condominium Act, 68 Pa. C.S. §3101, *et seq*. The Association obtained a judgment against the

debtor, which prompted the Debtor to initiate these proceedings.

3.      As purported owner of the Unit, the Debtor is liable on an ongoing basis for the

association fees against the Unit, including fees that are assessed and become due after the filing

of this Motion for Relief.

4.      Since the filing of his Petition, the Debtor has not paid any of the post-petition assessments and related charges due to the Association.  A true and correct copy of the Transaction Listing, which is a business record of the Association and which shows all charges and credits to the account, is attached to this Motion.

WHEREFORE, 1600 Church Road Condominium Association respectfully request that this Honorable Court grant it relief from the automatic stay so that it may take any and all actions necessary or appropriate to collect the condominium fees and related charges (i.e. interest, late fees and collection expenses) which are or maybe due to the Association from Sharon R. Baird on account of her residence of 1600 Church Road, Unit A-105, Wyncote, Pennsylvania.

BARROW | HOFFMAN

By: _____

Hal A. Barrow, Esquire
Attorney for Movant
65 W. Street Road, Suite B102
Warminster, PA  18974
(215) 956-9099

**Resident Transaction Report**
**1600 CHURCH ROAD CONDOMINIUM ASSOCIATION**
**Dates 01/01/2000 to 02/18/2016**

16-CHUR
1600 CHURCH ROAD
1600 CHURCH ROAD CONDOMINIUM
WYNCOTE PA

FirstService Residential
400 Campus Dr.
Suite 101
Collegeville PA 19426

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| A105 | | 02 Sharon Baird | App# | 104316 | | | Beg Bal | | 0.00 |
| | | 1600 Church Rd | Chg | 07/28/2011 | A1 | Assoc. Fees-Monthly | | 318.44 | 318.44 |
| | | A-105 | Chg | 07/28/2011 | LC | 7/12/11 LATE FEE | | 50.00 | 368.44 |
| | | Wyncote PA 19095 | Chg | 07/28/2011 | UI | 7/19/11 ELECTRIC | | 15.87 | 384.31 |
| | | | Chg | 08/01/2011 | A1 | Assoc. Fees-Monthly | | 318.44 | 702.75 |
| | | | Chg | 08/12/2011 | LC | LATE FEES | | 50.00 | 752.75 |
| | | | Chg | 08/19/2011 | UI | ELEC 7/7-8/5/11 | | 392.60 | 1,145.35 |
| | | | Chg | 09/01/2011 | A1 | Assoc. Fees-Monthly | | 318.44 | 1,463.79 |
| | | | Chg | 09/12/2011 | LC | LATE FEES | | 50.00 | 1,513.79 |
| | | | Chg | 09/16/2011 | UI | ELEC 8/5 - 9/6/11 | | 172.72 | 1,686.51 |
| | | | Chg | 10/01/2011 | A1 | Assoc. Fees-Monthly | | 318.44 | 2,004.95 |
| | | | Chg | 10/12/2011 | LC | LATE FEES | | 50.00 | 2,054.95 |
| | | | Chg | 10/31/2011 | UI | ELEC 09/06-10/05 | | 142.60 | 2,197.55 |
| | | | Chg | 11/01/2011 | A1 | Assoc. Fees-Monthly | | 318.44 | 2,515.99 |
| | | | Chg | 11/11/2011 | LE | OCT'11 LEGAL 24273 | | 47.00 | 2,562.99 |
| | | | Chg | 11/12/2011 | LC | LATE FEES | | 50.00 | 2,612.99 |
| | | | Chg | 11/30/2011 | UI | ELEC 10/5-11/3/11 | | 62.93 | 2,675.92 |
| | | | Chg | 12/01/2011 | A1 | Assoc. Fees-Monthly | | 318.44 | 2,994.36 |
| | | | Chg | 12/12/2011 | LC | LATE FEES | | 50.00 | 3,044.36 |
| | | | Chg | 12/31/2011 | UI | ELEC 11/03-12/08 | | 71.65 | 3,116.01 |
| | | | Chg | 01/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 3,443.49 |
| | | | Chg | 01/20/2012 | UI | ELEC 12/08-01/09 | | 63.07 | 3,506.56 |
| | | | Chg | 02/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 3,834.04 |
| | | | Chg | 02/12/2012 | LC | LATE FEES | | 50.00 | 3,884.04 |
| | | | Chg | 02/20/2012 | UI | ELEC 01/09-02/08 | | 64.82 | 3,948.86 |
| | | | Chg | 03/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 4,276.34 |
| | | | Chg | 03/12/2012 | LC | LATE FEES | | 50.00 | 4,326.34 |
| | | | Chg | 03/19/2012 | LE | FEB'12 LEGAL 24273 | | 521.00 | 4,847.34 |
| | | | Chg | 03/20/2012 | UI | ELEC 02/08-03/09 | | 60.05 | 4,907.39 |
| | | | Chg | 04/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 5,234.87 |
| | | | Pay | 04/03/2012 | | Lckbx Pmt | 00011069 | -95.00 | 5,139.87 |
| | | | Chg | 04/12/2012 | LC | LATE FEES | | 50.00 | 5,189.87 |
| | | | Chg | 04/20/2012 | UI | ELEC 3/9-4/6/12 | | 77.82 | 5,267.69 |
| | | | Chg | 05/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 5,595.17 |
| | | | Chg | 05/15/2012 | LC | LATE PAYMENT | | 50.00 | 5,645.17 |
| | | | Chg | 05/20/2012 | UI | ELEC 04/06-05/08 | | 107.04 | 5,752.21 |
| | | | Chg | 05/29/2012 | LE | APRIL'12 LEGAL | | 626.00 | 6,378.21 |
| | | | Chg | 06/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 6,705.69 |
| | | | Pay | 06/06/2012 | | pmt | 20390 | -4.50 | 6,701.19 |
| | | | Chg | 06/12/2012 | LC | LATE FEES | | 50.00 | 6,751.19 |
| | | | Chg | 06/20/2012 | UI | ELEC 05/08-06/06 | | 156.18 | 6,907.37 |
| | | | Chg | 07/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 7,234.85 |
| | | | Chg | 07/12/2012 | LC | LATE FEES | | 50.00 | 7,284.85 |
| | | | Chg | 07/20/2012 | UI | ELEC 06/06-07/09 | | 227.55 | 7,512.40 |
| | | | Chg | 08/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 7,839.88 |
| | | | Chg | 08/13/2012 | LC | LATE FEES | | 50.00 | 7,889.88 |
| | | | Chg | 08/20/2012 | UI | ELEC 07/09-08/06 | | 186.97 | 8,076.85 |
| | | | Chg | 09/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 8,404.33 |
| | | | Chg | 09/11/2012 | le | 8/27/12 LEGAL | | 400.00 | 8,804.33 |
| | | | Chg | 09/12/2012 | LC | LATE FEES | | 50.00 | 8,854.33 |
| | | | Chg | 09/20/2012 | UI | ELEC 08/06-09/06 | | 195.47 | 9,049.80 |
| | | | Chg | 10/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 9,377.28 |
| | | | Chg | 10/12/2012 | LC | LATE FEES | | 50.00 | 9,427.28 |
| | | | Chg | 10/20/2012 | UI | ELEC 09/06-10/04 | | 129.90 | 9,557.18 |
| | | | Chg | 11/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 9,884.66 |
| | | | Chg | 12/01/2012 | A1 | Assoc. Fees-Monthly | | 327.48 | 10,212.14 |
| | | | Chg | 12/12/2012 | LC | LATE FEES | | 50.00 | 10,262.14 |
| | | | Chg | 12/20/2012 | UI | ELEC 10/04-12/05 | | 105.99 | 10,368.13 |
| | | | Chg | 12/26/2012 | le | 11/5/12 LEGAL 24273 | | 425.00 | 10,793.13 |
| | | | Chg | 01/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 11,120.61 |
| | | | Chg | 01/14/2013 | LC | LATE FEES | | 50.00 | 11,170.61 |
| | | | Chg | 01/20/2013 | UI | ELEC 12/05-01/08 | | 50.26 | 11,220.87 |
| | | | Chg | 02/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 11,548.35 |
| | | | Chg | 02/12/2013 | LC | LATE FEES | | 50.00 | 11,598.35 |
| | | | Chg | 02/20/2013 | UI | ELEC 01/08-02/07 | | 48.34 | 11,646.69 |
| | | | Chg | 03/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 11,974.17 |
| | | | Chg | 03/04/2013 | LE | Jan'13 Legal 24273 | | 25.00 | 11,999.17 |
| | | | Chg | 03/12/2013 | LC | LATE FEES | | 50.00 | 12,049.17 |
| | | | Chg | 03/18/2013 | LE | Feb'13 Legal | | 185.00 | 12,234.17 |
| | | | Chg | 03/20/2013 | UI | ELEC 02/07-03/08 | | 50.12 | 12,284.29 |
| | | | Chg | 04/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 12,611.77 |
| | | | Chg | 04/12/2013 | LC | LATE FEES | | 50.00 | 12,661.77 |
| | | | Chg | 04/20/2013 | UI | ELEC 03/08-04/08 | | 48.44 | 12,710.21 |
| | | | Chg | 05/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 13,037.69 |
| | | | Chg | 05/13/2013 | LC | LATE FEES | | 50.00 | 13,087.69 |
| | | | Chg | 05/20/2013 | UI | ELEC 04/08-05/08 | | 60.43 | 13,148.12 |
| | | | Chg | 06/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 13,475.60 |

02/18/2016 9:09 AM

Resident Transaction Report
1600 CHURCH ROAD CONDOMINIUM ASSOCIATION
Dates 01/01/2000 to 02/18/2016

16-CHUR
1600 CHURCH ROAD
1600 CHURCH ROAD CONDOMINIUM
WYNCOTE PA

FirstService Residential
400 Campus Dr.
Suite 101
Collegeville PA 19426

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Chg | 06/13/2013 | LC | LATE FEES | | 50.00 | 13,525.60 |
| | | | Chg | 06/20/2013 | UI | ELEC 05/08-06/06 | | 89.77 | 13,615.37 |
| | | | Chg | 07/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 13,942.85 |
| | | | Chg | 07/09/2013 | LE | 6/6/13 Legal 24273 | | 50.00 | 13,992.85 |
| | | | Chg | 07/15/2013 | LC | LATE FEES | | 50.00 | 14,042.85 |
| | | | Chg | 07/20/2013 | UI | ELEC 06/06-07/08 | | 198.32 | 14,241.17 |
| | | | Chg | 08/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 14,568.65 |
| | | | Chg | 08/12/2013 | LE | Jul'13 Legal | | 250.00 | 14,818.65 |
| | | | Chg | 08/12/2013 | LC | LATE FEES | | 50.00 | 14,868.65 |
| | | | Chg | 08/20/2013 | UI | ELEC 07/08-08/07 | | 168.18 | 15,036.83 |
| | | | Chg | 09/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 15,364.31 |
| | | | Chg | 09/12/2013 | LC | LATE FEES | | 50.00 | 15,414.31 |
| | | | Chg | 09/20/2013 | UI | ELEC 08/07-09/06 | | 151.11 | 15,565.42 |
| | | | Chg | 10/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 15,892.90 |
| | | | Chg | 10/15/2013 | LC | LATE FEES | | 50.00 | 15,942.90 |
| | | | Chg | 10/20/2013 | UI | ELEC 09/06-10/07 | | 91.05 | 16,033.95 |
| | | | Chg | 11/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 16,361.43 |
| | | | Chg | 11/13/2013 | LC | LATE FEES | | 50.00 | 16,411.43 |
| | | | Chg | 11/20/2013 | UI | ELEC 10/07-11/04 | | 46.91 | 16,458.34 |
| | | | Chg | 12/01/2013 | A1 | Assoc. Fees-Monthly | | 327.48 | 16,785.82 |
| | | | Chg | 12/12/2013 | LC | LATE FEES | | 50.00 | 16,835.82 |
| | | | Chg | 12/20/2013 | UI | ELEC 11/04-12/06 | | 55.61 | 16,891.43 |
| | | | Chg | 01/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 17,218.91 |
| | | | Chg | 01/13/2014 | LC | LATE FEES | | 50.00 | 17,268.91 |
| | | | Chg | 01/20/2014 | UI | ELEC 12/06-01/08 | | 56.53 | 17,325.44 |
| | | | Chg | 02/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 17,652.92 |
| | | | Chg | 02/12/2014 | LC | LATE FEES | | 50.00 | 17,702.92 |
| | | | Chg | 02/20/2014 | UI | ELEC 01/08-02/10 | | 51.03 | 17,753.95 |
| | | | Chg | 03/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 18,081.43 |
| | | | Chg | 03/10/2014 | LE | FEB'14 LEGAL | | 52.00 | 18,133.43 |
| | | | Chg | 03/12/2014 | LC | LATE FEES | | 50.00 | 18,183.43 |
| | | | Chg | 03/20/2014 | UI | ELEC 02/10-03/10 | | 45.13 | 18,228.56 |
| | | | Chg | 04/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 18,556.04 |
| | | | Chg | 04/07/2014 | le | MARCH'14 LEGAL | | 156.00 | 18,712.04 |
| | | | Chg | 04/20/2014 | UI | ELEC 03/10-04/08 | | 48.67 | 18,760.71 |
| | | | Chg | 05/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 19,088.19 |
| | | | Chg | 05/13/2014 | LC | LATE FEES | | 50.00 | 19,138.19 |
| | | | Chg | 05/20/2014 | UI | ELEC 04/08-05/07 | | 44.07 | 19,182.26 |
| | | | Chg | 06/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 19,509.74 |
| | | | Chg | 06/09/2014 | LE | 5/8/14 Legal | | 78.00 | 19,587.74 |
| | | | Chg | 06/13/2014 | LC | LATE FEES | | 50.00 | 19,637.74 |
| | | | Chg | 06/20/2014 | UI | ELEC 05/07-06/06 | | 78.98 | 19,716.72 |
| | | | Chg | 07/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 20,044.20 |
| | | | Chg | 07/10/2014 | vf | Dog Fine | | 500.00 | 20,544.20 |
| | | | Chg | 07/14/2014 | LC | LATE FEES | | 50.00 | 20,594.20 |
| | | | Chg | 07/20/2014 | UI | ELEC 06/06-07/08 | | 162.84 | 20,757.04 |
| | | | Chg | 08/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 21,084.52 |
| | | | Chg | 08/12/2014 | LC | LATE FEES | | 50.00 | 21,134.52 |
| | | | Chg | 08/20/2014 | UI | ELEC 07/08-08/06 | | 159.47 | 21,293.99 |
| | | | Chg | 08/22/2014 | VF | VIOLATIONS/FINES | | 500.00 | 21,793.99 |
| | | | Chg | 08/26/2014 | VF | DOG VIOLATION | | 500.00 | 22,293.99 |
| | | | Chg | 09/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 22,621.47 |
| | | | Chg | 09/12/2014 | LC | LATE FEES | | 50.00 | 22,671.47 |
| | | | Chg | 09/20/2014 | UI | ELEC 08/06-09/05 | | 151.46 | 22,822.93 |
| | | | Chg | 10/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 23,150.41 |
| | | | Chg | 10/10/2014 | VF | VIOLATION/FINE | | 500.00 | 23,650.41 |
| | | | Chg | 10/14/2014 | LC | LATE FEES | | 50.00 | 23,700.41 |
| | | | Chg | 10/20/2014 | UI | ELEC 09/05-10/06 | | 108.91 | 23,809.32 |
| | | | Chg | 11/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 24,136.80 |
| | | | Chg | 11/12/2014 | LC | LATE FEES | | 50.00 | 24,186.80 |
| | | | Chg | 11/20/2014 | UI | ELEC 10/06-11/04 | | 80.79 | 24,267.59 |
| | | | Chg | 11/26/2014 | VF | VIOLATION | | 500.00 | 24,767.59 |
| | | | Chg | 12/01/2014 | A1 | Assoc. Fees-Monthly | | 327.48 | 25,095.07 |
| | | | Chg | 12/12/2014 | LC | LATE FEES | | 50.00 | 25,145.07 |
| | | | Chg | 12/20/2014 | UI | ELEC 11/04-12/09 | | 64.18 | 25,209.25 |
| | | | Chg | 01/01/2015 | A1 | Assoc. Fees-Monthly | | 337.30 | 25,546.55 |
| | | | Chg | 01/12/2015 | LC | LATE FEES | | 50.00 | 25,596.55 |
| | | | Chg | 01/20/2015 | UI | ELEC 12/09-01/08 | | 59.78 | 25,656.33 |
| | | | Chg | 02/01/2015 | A1 | Assoc. Fees-Monthly | | 337.30 | 25,993.63 |
| | | | Chg | 02/12/2015 | LC | LATE FEES | | 50.00 | 26,043.63 |
| | | | Chg | 02/20/2015 | UI | ELEC 01/08-02/09 | | 58.27 | 26,101.90 |
| | | | Chg | 03/01/2015 | A1 | Assoc. Fees-Monthly | | 337.30 | 26,439.20 |
| | | | Chg | 03/12/2015 | LC | LATE FEES | | 50.00 | 26,489.20 |
| | | | Chg | 03/16/2015 | LE | Feb'15 Legal 21491 | | 507.68 | 26,996.88 |
| | | | Chg | 03/20/2015 | UI | ELEC 02/09-03/10 | | 74.41 | 27,071.29 |
| | | | Chg | 04/01/2015 | A1 | Assoc. Fees-Monthly | | 337.30 | 27,408.59 |
| | | | Chg | 04/13/2015 | LC | LATE FEES | | 50.00 | 27,458.59 |

16-CHUR
1600 CHURCH ROAD
1600 CHURCH ROAD CONDOMINIUM
WYNCOTE PA

**Resident Transaction Report**
**1600 CHURCH ROAD CONDOMINIUM ASSOCIATION**
**Dates 01/01/2000 to 02/18/2016**

FirstService Residential
400 Campus Dr.
Suite 101
Collegeville PA 19426

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | UI | 04/20/2016 | Chg | ELEC 03/10-04/08 | | 43.32 | 27,501.91 |
| | | | A1 | 05/01/2015 | Chg | Assoc. Fees-Monthly | | 337.30 | 27,839.21 |
| | | | LE | 05/11/2015 | Chg | Apr'15 Legal 21846 | | 52.00 | 27,891.21 |
| | | | LC | 05/12/2015 | Chg | LATE FEES | | 50.00 | 27,941.21 |
| | | | UI | 05/20/2015 | Chg | ELEC 04/08-05/07 | | 50.68 | 27,991.89 |
| | | | A1 | 06/01/2015 | Chg | Assoc. Fees-Monthly | | 337.30 | 28,329.19 |
| | | | LC | 06/12/2015 | Chg | LATE FEES | | 50.00 | 28,379.19 |
| | | | UI | 06/20/2015 | Chg | ELEC 05/07-06/08 | | 132.84 | 28,512.03 |
| | | | LE | 06/22/2015 | Chg | May'15 Legal 22008 | | 52.00 | 28,564.03 |
| | | | A1 | 07/01/2015 | Chg | Assoc. Fees-Monthly | | 337.30 | 28,901.33 |
| | | | LE | 07/13/2015 | Chg | June'15 Legal 22123 | | 962.00 | 29,863.33 |
| | | | LC | 07/13/2015 | Chg | LATE FEES | | 50.00 | 29,913.33 |
| | | | UI | 07/20/2015 | Chg | ELEC 06/08-07/08 | | 180.98 | 30,094.31 |
| | | | A1 | 08/01/2015 | Chg | Assoc. Fees-Monthly | | 337.30 | 30,431.61 |
| | | | LE | 08/10/2015 | Chg | Jul'15 Legal 22399 | | 100.00 | 30,531.61 |
| | | | LC | 08/12/2015 | Chg | LATE FEES | | 50.00 | 30,581.61 |
| | | | UI | 08/20/2015 | Chg | ELEC 07/08-08/06 | | 190.66 | 30,772.27 |
| | | | A1 | 09/01/2015 | Chg | Assoc. Fees-Monthly | | 337.30 | 31,109.57 |
| | | | LE | 09/14/2015 | Chg | Aug'15 Legal 22418 | | 350.00 | 31,459.57 |
| | | | LC | 09/14/2015 | Chg | LATE FEES | | 50.00 | 31,509.57 |
| | | | UI | 09/20/2015 | Chg | ELEC 08/06-09/11 | | 196.25 | 31,705.82 |
| | | | A1 | 10/01/2015 | Chg | Assoc. Fees-Monthly | | 337.30 | 32,043.12 |
| | | | LC | 10/13/2015 | Chg | LATE FEES | | 50.00 | 32,093.12 |
| | | | LE | 10/19/2015 | Chg | Sep'15 Legal 22552 | | 43.00 | 32,136.12 |
| | | | UI | 10/20/2015 | Chg | ELEC 09/11-10/07 | | 67.55 | 32,203.67 |
| | | | A1 | 11/01/2015 | Chg | Assoc. Fees-Monthly | | 337.30 | 32,540.97 |
| | | | LC | 11/13/2015 | Chg | LATE FEES | | 50.00 | 32,590.97 |
| | | | LE | 11/16/2015 | Chg | Oct'15 Legal 22772 | | 423.00 | 33,013.97 |
| | | | UI | 11/20/2015 | Chg | ELEC 10/07-11/05 | | 58.55 | 33,072.52 |
| | | | A1 | 12/01/2015 | Chg | Assoc. Fees-Monthly | | 337.30 | 33,409.82 |
| | | | LE | 12/14/2015 | Chg | Nov'15 Legal 23171 | | 442.00 | 33,851.82 |
| | | | LC | 12/14/2015 | Chg | LATE FEES | | 50.00 | 33,901.82 |
| | | | UI | 12/20/2015 | Chg | ELEC 11/05-12/08 | | 59.95 | 33,961.77 |

Transaction Report
1600 CHURCH ROAD CONDOMINIUM ASSOCIATION
Dates 01/01/2016 to 03/21/2017

16-CHUR  1600 CHURCH ROAD
1600 CHURCH ROAD CONDOMINIUM
WYNCOTE PA 19095

FirstService Residential
400 Campus Dr.
Suite 101
Collegeville PA  19426

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|------|-------|----------|------|------|----|-----|-------|--------|---------|
| A105 | | 02 Sharon Baird | App# | 104316 | | | Beg Bal | | 33,961.77 |
| | | 1600 Church Rd | Chg | 01/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 34,304.43 |
| | | A-105 | Chg | 01/11/2016 | LE | Dec'15 Legal 23334 | | 234.00 | 34,538.43 |
| | | Wyncote PA 19095 | Chg | 01/12/2016 | LC | LATE FEES | | 50.00 | 34,588.43 |
| | | | Chg | 01/14/2016 | VF | DOG FINE | | 100.00 | 34,688.43 |
| | | 1600 Church Road A105 | Chg | 01/20/2016 | UI | ELEC 12/08-01/11 | | 67.08 | 34,755.51 |
| | | WYNCOTE PA 19095 | Chg | 02/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 35,098.17 |
| | | | Chg | 02/12/2016 | LC | LATE FEES | | 50.00 | 35,148.17 |
| | | | Chg | 02/16/2016 | LE | Jan'16 Legal 23485 | | 52.00 | 35,200.17 |
| | | | Chg | 02/20/2016 | UI | ELEC 01/11-02/10 | | 56.62 | 35,256.79 |
| | | | Chg | 03/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 35,599.45 |
| | | | Chg | 03/12/2016 | LC | LATE FEES | | 50.00 | 35,649.45 |
| | | | Chg | 03/14/2016 | LE | Feb'16 Legal 23724 | | 156.00 | 35,805.45 |
| | | | Chg | 03/20/2016 | UI | ELEC 02/10-03/10 | | 53.96 | 35,859.41 |
| | | | Chg | 04/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 36,202.07 |
| | | | Chg | 04/11/2016 | LE | March16 LGL 23875 | | 156.00 | 36,358.07 |
| | | | Chg | 04/12/2016 | LC | LATE FEES | | 50.00 | 36,408.07 |
| | | | Chg | 04/20/2016 | UI | ELEC 03/10-04/08 | | 51.38 | 36,459.45 |
| | | | Chg | 05/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 36,802.11 |
| | | | Chg | 05/12/2016 | LC | LATE FEES | | 50.00 | 36,852.11 |
| | | | Chg | 05/16/2016 | LE | Apr'16 Legal 24178-1 | | 472.34 | 37,324.45 |
| | | | Chg | 05/20/2016 | UI | ELEC 04/08-05/09 | | 54.68 | 37,379.13 |
| | | | Chg | 06/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 37,721.79 |
| | | | Chg | 06/13/2016 | LE | May'16 Legal 24299 | | 1,078.00 | 38,799.79 |
| | | | Chg | 06/13/2016 | LC | LATE FEES | | 50.00 | 38,849.79 |
| | | | Chg | 06/20/2016 | UI | ELEC 05/09-06/08 | | 57.35 | 38,907.14 |
| | | | Chg | 07/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 39,249.80 |
| | | | Chg | 07/12/2016 | LC | LATE FEES | | 50.00 | 39,299.80 |
| | | | Chg | 07/15/2016 | LE | Jun16 Legal 24480 | | 52.00 | 39,351.80 |
| | | | Chg | 07/20/2016 | UI | ELEC 06/08-07/08 | | 79.36 | 39,431.16 |
| | | | Chg | 07/25/2016 | LE | Jul16 Legal 24648 | | 4,000.00 | 43,431.16 |
| | | | Chg | 08/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 43,773.82 |
| | | | Chg | 08/08/2016 | LE | Jul'16 legal 24719 | | 650.00 | 44,423.82 |
| | | | Chg | 08/12/2016 | LC | LATE FEES | | 50.00 | 44,473.82 |
| | | | Chg | 08/20/2016 | UI | ELEC 07/08-08/08 | | 100.25 | 44,574.07 |
| | | | Chg | 09/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 44,916.73 |
| | | | Chg | 09/12/2016 | LC | LATE FEES | | 50.00 | 44,966.73 |
| | | | Chg | 09/20/2016 | UI | ELEC 08/08-09/07 | | 98.71 | 45,065.44 |
| | | | Chg | 10/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 45,408.10 |
| | | | Chg | 10/10/2016 | LE | Aug16 LGL 25056 | | 1,997.00 | 47,405.10 |
| | | | Chg | 10/13/2016 | LC | LATE FEES | | 50.00 | 47,455.10 |
| | | | Chg | 10/20/2016 | UI | ELEC 09/07-10/06 | | 72.16 | 47,527.26 |
| | | | Chg | 11/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 47,869.92 |
| | | | Chg | 11/14/2016 | LE | 10/27/16 Legal 25160 | | 52.00 | 47,921.92 |
| | | | Chg | 11/14/2016 | LC | LATE FEES | | 50.00 | 47,971.92 |
| | | | Chg | 11/20/2016 | UI | ELEC 10/06-11/04 | | 49.70 | 48,021.62 |
| | | | Chg | 12/01/2016 | A1 | Assoc. Fees-Monthly | | 342.66 | 48,364.28 |
| | | | Chg | 12/12/2016 | LC | LATE FEES | | 50.00 | 48,414.28 |
| | | | Chg | 12/20/2016 | UI | ELEC 11/04-12/07 | | 52.79 | 48,467.07 |
| | | | Chg | 01/01/2017 | A1 | Assoc. Fees-Monthly | | 342.66 | 48,809.73 |
| | | | Chg | 01/04/2017 | LE | Nov16 Legal 25408 | | 922.00 | 49,731.73 |
| | | | Chg | 01/13/2017 | LC | LATE FEES | | 50.00 | 49,781.73 |
| | | | Chg | 01/20/2017 | UI | ELEC 12/07-01/10 | | 53.18 | 49,834.91 |
| | | | Chg | 01/24/2017 | LE | Dec16 Legal 25596 | | 300.00 | 50,134.91 |
| | | | Chg | 02/01/2017 | A1 | Assoc. Fees-Monthly | | 342.66 | 50,477.57 |
| | | | Chg | 02/10/2017 | LE | Dec16 Legal 25686 | | 1,752.30 | 52,229.87 |
| | | | Chg | 02/13/2017 | LC | LATE FEES | | 50.00 | 52,279.87 |
| | | | Chg | 03/01/2017 | A1 | Assoc. Fees-Monthly | | 342.66 | 52,622.53 |
| | | | Chg | 03/01/2017 | UI | ELEC 01/10-02/09 | | 49.75 | 52,672.28 |
| | | | Chg | 03/13/2017 | LC | LATE FEES | | 50.00 | 52,722.28 |
| | | | Chg | 03/20/2017 | UI | ELEC 02/09-03/10 | | 47.75 | 52,770.03 |
| | | | Chg | 03/20/2017 | LE | Feb17 Legal 25857 | | 1,155.00 | 53,925.03 |
| | | | Cr | 03/21/2017 | A1 | Feb-Mar16 Assoc Fees | | -685.36 | 53,239.67 |
| | | | Cr | 03/21/2017 | UI | 1/10-3/10 Electric | | -97.50 | 53,142.17 |
| | | | Cr | 03/21/2017 | LC | Feb-Mar17 Late Fees | | -100.00 | 53,042.17 |
| | | | | | | | End Bal | | 53,042.17 |