# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Sharon R. Baird | : | Chapter 13 |
|         Debtor | : | |
| | : | No. 17-10540 jkf |
| | : | |
| 1600 Church Road Condominium Association | : | |
| | : | |
|         Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Sharon R. Baird | : | |
|         Respondent | : | |

## CERTIFICATE OF NO RESPONSE TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Hal A. Barrow, Esquire, attorney for Movant, 1600 Church Road Condominium Association, hereby certifies as follows:

1. An Order is being requested on the Motion for Relief from the Automatic Stay filed by 1600 Church Road Condominium Association on April 3, 2017;

2. The Motion for Relief from Automatic Stay and Notice of Motion were properly served upon all parties named therein on April 3, 2017; and

3. No response or objection to the Motion for Relief from the Automatic Stay has been filed.

BARROW|HOFFMAN

By: _____
Hal A. Barrow, Esquire