# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-10540-JKF

SHARON R BAIRD

1600 CHURCH ROAD #A105

Wyncote, PA 19095

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHARON R BAIRD

    1600 CHURCH ROAD #A105

    Wyncote, PA 19095

Counsel for debtor(s), by electronic notice only.

    PETER FRANCIS BLUST

    1475 MT hOLLY ROAD  N-9
    EDGEWATER PARK, NJ 08010-

    /S/ William C. Miller

Date: 4/25/2017

    _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee