IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Sharon R. Baird | : | Chapter 13 |
|       Debtor | : | |
| | : | No. 17-10540-jkf |
| | : | |
| 1600 Church Road Condominium Association | : | |
|       Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Sharon R. Baird | : | |
|       Respondent | : | |

## ORDER FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 11th day of May, 2017, upon motion of 1600 Church Road Condominium Association and for good cause shown, it is hereby Ordered and Decreed that 1600 Church Road Condominium Association is granted relief from the automatic stay and may take any and all actions necessary or appropriate to collect the condominium fees and related charges (i.e. interest, late fees and collection expenses) which are due to the Association from Sharon R. Baird on account of her ownership of 1600 Church Road, Unit A105, Wyncote, PA, which became due after the filing of the Chapter 13 Petition.

_____
                                              J.