United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-10540-jkf
Sharon R Baird                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JeanetteG        Page 1 of 1        Date Rcvd: May 11, 2017
                            Form ID: pdf900        Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
```
db          +Sharon R Baird,    1600 Church Road #A105,    Wyncote, PA 19095-1918
NONE        +1600 Church Road Condominium Association,    c/o Hal A. Barrow,    65 W. Street Road, Suite B102,
              Warminster, PA 18974-3216
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov May 12 2017 01:10:49      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA   19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2017 01:10:30
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA   17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2017 01:10:47      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 12 2017 01:17:42      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
```
              HAL A. BARROW    on behalf of    1600 Church Road Condominium Association kelly@barrowlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              PETER FRANCIS BLUST    on behalf of Debtor Sharon R Baird peterfblust@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Sharon R. Baird | : | Chapter 13 |
|     Debtor | : | |
| | : | No. 17-10540-jkf |
| | : | |
| 1600 Church Road Condominium Association | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Sharon R. Baird | : | |
|     Respondent | : | |

### ORDER FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this  11th  day of  May  , 2017, upon motion of 1600 Church Road Condominium Association and for good cause shown, it is hereby Ordered and Decreed that 1600 Church Road Condominium Association is granted relief from the automatic stay and may take any and all actions necessary or appropriate to collect the condominium fees and related charges (i.e. interest, late fees and collection expenses) which are due to the Association from Sharon R. Baird on account of her ownership of 1600 Church Road, Unit A105, Wyncote, PA, which became due after the filing of the Chapter 13 Petition.

*/s/ Ellen K. FitzSimon*

_____
                                                  J.