United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sharon R Baird
    Debtor

Case No. 17-10540-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: JeanetteG      Page 1 of 2      Date Rcvd: May 25, 2017
                       Form ID: pdf900      Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.

```
db              +Sharon R Baird,   1600 Church Road #A105,   Wyncote, PA 19095-1918
NONE            +1600 Church Road Condominium Association,   c/o Hal A. Barrow,   65 W. Street Road, Suite B102,
                  Warminster, PA 18974-3216
13861580        +1600 Church Rd Condo Assoc.,   65 W. Street Rd. Ste B102,   C/O Hal A. Barrow, Esq.,
                  Warminster, PA 18974-3216
13861581         Abington Bank,   Keswick Ave.,   Glenside, PA 19038
13861582        +American Express/American Express Centurion Bank,   c/o Beckett and Lee LLP,   POB 3001,
                  Malvern PA 19355-0701
13861584         Amex,   POBox 901537,   El Paso TX 79998
13861608       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: FIA Card Services NA,   POBox 15102,   Wilmington DE 19886)
13861585        +Bac Home Loan Service,   450 American St.,   Simi Valley CA 93065-6285
13861586        +Berkeimer Associates,   121 E. Second St.,   Berwick PA 18603-4899
13861587        +Berkeimer Tax Admin, Agent for Cheltenham Twsp & S,   50 N. Seventh St,   Bangor PA 18013-1731
13896319         Berkheimer Tax Administrator,   HAB DLT Legal, P.O. 20662,   Lehigh Valley, PA  18002-0662
13861589       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,   POBox 85520,   Richmond VA 23285)
13861597       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,   POBox 20507,   Kansas City MO 64195)
13861591        +Ceo Mortgage Corp,   2812 Emerywood Pkwy,   Richmond VA 23294-3727
13861592        +Charter One Auto Finance,   1 Citizens Dr,   Riverside RI 02915-3019
13861593        +Chase,   POBox 15298,   Wilmington DE 19850-5298
13861594        +Chase Mht Bk,   POBox 15145,   Wilmington DE 19850-5145
13861595        +Chase Na,   800 Brooksedge Blvd,   Westerville OH 43081-2822
13861596        +Citi,   POBox 6500,   Sioux Falls SD 57117-6500
13861598        +Citizens Bank,   1 Citizens Dr.,   Riverside RI 02915-3000
13861599        +Comcast,   11400 Northeast Ave,   Phila., PA 19116-3498
13861600         Comm Federal,   POBox 2100,   Valley Forge PA 19482
13861604        +DSNB Bloom,   POBox 8218,   Mason OH 45040-8218
13861605        +DSNB Bloomingdales,   POBox 8053,   Mason OH 45040-8053
13861606        +DSNB Macys,   9111 Duke Blvd,   Mason OH 45040-8999
13861607        +Eastern Acct Systems,   75 Glen Rd Ste 110,   Sandy Hook CT 06482-1170
13861609         First Niagara,   Main St,   Harleysville PA 19438
13861610        +Fort knox National Bank,   POBox 63,   Elizabethtown KY 42702-0063
13861614        +Holy Redeemer hospital,   POBox 8500-2900,   Phila PA 19178-0001
13861617        +Lawrence R Schlarb DMD,   960 Old York Rd Ste 202,   Abington PA 19001-4797
13861619        +Northwest Internal Medicine,   8200 Flourtown Ave Ste 7,   Wyndmoor PA 19038-7969
13869953        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13861620        +PYOD LLC its successors and assigns of Citibank,   POBox 19008,   Greenville SC 29602-9008
13861622        +Rushmore LM,   C/O Emmanuel Argentieri Esq,   52 Newton Ave POB 456,   Woodbury NJ 08096-7456
13861623        +Sears/cbsd,   701 East 60th N,   Sioux Falls SD 57104-0432
13861625        +The Limited,   220 Schrock Rd,   Westerville OH 43081-2873
13861626        +Unvl/Citi,   8787 Baypines,   Jacksonville FL 32256-8528
13861627        +Verizon,   POBox 3037,   Bloomington IL 61702-3037
13861628        +Verizon Pennsylvania I,   500 Technology Dr,   Weldon Spring MO 63304-2225
13861629        +Victoria Secret,   POBox 182124,   Columbus OH 43218-2124
13861630        +Wells Fargo,   POB 29704,   Phoenix AZ 85038-9704
13861634        +Wfnnb/JCrew,   POB 182273,   Columbus OH 43218-2273
13861633        +Wfnnb/express,   4590 E. Broad St,   Columbus OH 43213-1301
13861635        +Wfnnb/limited,   POB 330066,   Northglenn CO 80233-8066
13861636        +Wfnnb/new York & Compa,   220 W.Schrock Rd.,   Westerville OH 43081-2873
13861637        +Wfnnb/newport News,   995 W 122nd Ave.,   Westminster CO 80234-3417
13861638        +Wfnnb/victoria's Secret,   POBox 182128,   Columbus OH 43218-2128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: bankruptcy@phila.gov May 26 2017 01:08:01     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2017 01:07:55     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com May 26 2017 00:59:06     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13920543         E-mail/Text: g20956@att.com May 26 2017 01:08:11     AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
13861588        +E-mail/Text: notices@burt-law.com May 26 2017 01:08:15     Burton Neil and Assoc.,
                  1060 Andrew Dr. Ste 170,   West Chester PA 19380-5600
13861590        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 26 2017 01:09:48     Capital One, N.A.,
                  C/O American Infosource,   POBox 54529,   Oaklahoma City OK 73154-1529
13861601        +E-mail/Text: mrdiscen@discover.com May 26 2017 01:07:26     Discover Bank,   POBox 3025,
                  New Albany Oh 43054-3025
13861603        +E-mail/Text: mrdiscen@discover.com May 26 2017 01:07:26     Discover Fin,   POBox 3025,
                  New Albany OH 43054-3025
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: May 25, 2017
                              Form ID: pdf900              Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13861602       +E-mail/Text: mrdiscen@discover.com May 26 2017 01:07:26     Discover Fin Svcs LLC,
                 POBox 15316,    Wilmington DE 19850-5316
13861611       +E-mail/PDF: gecsedi@recoverycorp.com May 26 2017 00:59:06     Gemb/Banana Rep,   POBox 981400,
                 El Paso TX 79998-1400
13861612        E-mail/PDF: gecsedi@recoverycorp.com May 26 2017 00:58:55     Gemb/ge Money Bank Low,
                 POBox 103065,    Roswell GA 30076
13861613       +E-mail/Text: fnb.bk@fnfg.com May 26 2017 01:07:53     Harleysville Bat'l B&T,   482 Main St,
                 Harleysville PA 19438-2346
13861615       +E-mail/Text: cio.bncmail@irs.gov May 26 2017 01:07:28     IRS,   POBox 7346,
                 Phila PA 19101-7346
13861616       +E-mail/Text: vivian@interstatecredit.net May 26 2017 01:07:54     Interstate Credit & Co,
                 21 W Fornance St,    Norristwon PA 19401-3300
13861618       +E-mail/PDF: gecsedi@recoverycorp.com May 26 2017 00:59:06     Lowes/MBGA,   POBox 103104,
                 Roswell GA 30076-9104
13880986        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2017 01:07:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13861621       +E-mail/Text: bnc-quantum@quantum3group.com May 26 2017 01:07:31
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,   POBox 788,
                 Kirkland WA 98083-0788
13861583        E-mail/PDF: cbp@onemainfinancial.com May 26 2017 00:59:07     American General Finan,
                 600 N. Royal Ave,    POBox 3121,    Evansville IN 47715
13861624       +E-mail/Text: cop@santander.us May 26 2017 01:07:32     Sovereign Bank,   2 Morrisey Blvd,
                 Dorchester MA 02125-3312
13861631       +E-mail/Text: BKRMailOps@weltman.com May 26 2017 01:07:47     Weltman Weinberg & Reis,
                 325 Chestnut St Ste 501,    Phila PA 19106-2605
13861639        E-mail/Text: fnb.bk@fnfg.com May 26 2017 01:07:53     Willow Financial Bank,
                 170 South Warner R,    Wayne PA 19087
                                                                                                 TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
13861632      ##+Wffinancial,   POBox 7648,   Boise ID 83707-1648
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
```
              HAL A. BARROW    on behalf of    1600 Church Road Condominium Association kelly@barrowlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              PETER FRANCIS BLUST    on behalf of Debtor Sharon R Baird peterfblust@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARON R BAIRD                                            Chapter 13

                    Debtor                    Bankruptcy No. 17-10540-JKF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: May 25, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PETER FRANCIS BLUST

1475 MT hOLLY ROAD  N-9
EDGEWATER PARK, NJ 08010-


Debtor:
SHARON R BAIRD

1600 CHURCH ROAD #A105

Wyncote, PA 19095